IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE SHOEMAKER, | ) |
| Petitioner, | ) Case No. 3:10-1149 |
| | ) Chief Judge Haynes |
| v. | ) |
| JEWELL STEELE, Warden, | ) |
| Respondent. | ) |

## O R D E R

Counsel for the parties have forty-five (45) days to file any additional memoranda in the parties' claim and defenses.

It is so **ORDERED**.

**ENTERED** this the 13th day of December 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court