IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MICHELLE SHOEMAKER, ) | |
| ) | |
| Petitioner, ) | Case No. 3:10-cv-1149 |
| ) | Chief Judge Haynes |
| v. ) | |
| ) | |
| JEWEL STEEL, Warden, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

In accordance with the Memorandum filed herewith, the Petitioner's petition for writ of habeas corpus is **DENIED**. The Court **GRANTS** a Certificate of Appealability under 28 U. S. C. § 2253(c) on all claims in the Petitioner's amended petition.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 31st day of March, 2014.

William J. Haynes, Jr.
Chief Judge
United States District Court